Respondent.— Judgment and order reversed on the law and new trial granted, costs to abide the event, on the ground that on the evidence in the case, taking it in its most favorable view to the plaintiff, an issue of fact was presented whether the injury to the plaintiff was caused by a fall through a vestibule door, left open while the train was in motion. If the accident was occasioned in that way, we think a question of fact was presented. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

ALBERT MULLER, Appellant, v. WILHELMINE MULLER, Respondent, Impleaded with Another, Defendant.— Judgment reversed on the law and the facts, on the ground that the finding that the transfer was made with the intention of avoiding the debts of the husband is against the weight of the evidence, and that the respondent is not entitled to the relief which this judgment gives her because the property was at that time held by husband and wife as tenants by the entirety, and that she was equally guilty of fraud if any fraud was committed by the transfer of the property. Judgment directed that plaintiff and defendant Muller hold the property as tenants in common, Mrs. Muller upon the trial having disclaimed sole ownership. New findings to be made in accordance with this decision. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur. Settle order on notice.

HERBERT G. NETTLETON, Respondent, v. CATHERINE E. HAYES, Appellant, Impleaded with Another, Defendant.— Order denying motion to cancel notice of pendency of action affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning and Young, JJ., concur; Jaycox, J., dissents.

ISIDORE NUDELMAN, Respondent, v. PETER J. CAHILL and Another, Appellants.— The order, in so far as it denies the motion of defendant Peter J. Cahill, is affirmed. The agreement is not signed by Margaret Cahill. The complaint has no allegation that defendants are in fact husband and wife, nor does it contain an allegation that the contract was signed on behalf of Margaret Cahill by Peter J. Cahill as her agent. The order, in so far as it denies the motion of Margaret Cahill to dismiss the complaint, is reversed on the law, and as to her the motion to dismiss the complaint is granted, with ten dollars costs, no costs on this appeal. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

CHARLOTTE O'GORMAN, Appellant, v. ELIZABETH LILLIAN MATERNE, Respondent.— Judgment affirmed, with costs. No opinion. Kelly, P. J., Rich, Jaycox and Young, JJ., concur; Kapper, J., absent and not voting.

CHARLES J. PINTEL, Respondent, v. NOTICK REALTY COMPANY, INC., and Others, Defendants, Impleaded with LOTTIE SNYDER, Intervenor, Appellant. (Appeal No. 1.) — Order denying appellant's motion to intervene as defendant affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

CHARLES J. PINTEL, Respondent, v. NOTICK REALTY COMPANY, INC., Appellant, Impleaded with Others, Defendants. (Appeal No. 2.) — Order granting plaintiff's motion to strike out answer as sham, and for judgment on the pleadings, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

MARY R. PUGH, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY and Another, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox and Young, JJ